\

JS-6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA CASTILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOVISA AMERICA, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-09027-MWF-AFM<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Rebecca Castillo ("Plaintiff") and Lovisa America, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Rebecca Castillo ("Plaintiff") and Lovisa America, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 19, 2019

_____
UNITED STATES DISTRICT COURT JUDGE